| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael H. Colmenares**<br>**5800 S Eastern Avenue, Suite 220**<br>**Commerce, CA 90040**<br>**213-444-1900 Fax: 213-444-1899**<br>**123024**<br>**rtomilowitz@aol.com** | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>   Joseph Guerra<br>   Belinda Guerra<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: September 27, 2017        Joseph Guerra                    /s/ Joseph Guerra
                                Printed name of Debtor 1         Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **September 27, 2017**   **Belinda Guerra**   /s/ Belinda Guerra
                                Printed name of Debtor 2   Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 1002-1.EMP.INCOME.DEC

| Statement of Earnings For: | Joseph Guerra | | | | | | | Relyonus Medical Group LLC |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 19 | Department | 100 | Period Begin: | 8/27/2017 | Check Date: | 9/15/2017 | 13953 Valley View |
| Clock Number: | | Pay Type | | Period End: | 9/9/2017 | | | La Miranda, CA 90638 |
| SSN: | XXX-XX-6079 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | | 562-229-0003 |
| Company Id: | SDRELY | State Filing: | Married One I | Exemptions: | 1 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1305240 | $0.00 | $2,692.30 | $1,877.00 | |

### EARNINGS (*Not included in Totals)

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 80.00 | 2,692.30 | | 1,240.00 | 41,538.50 |
| Hourly Regular | 0.00 | 0.00 | | 230.00 | 6,635.50 |
| Overtime @ Flat | 0.00 | 0.00 | | 4.50 | 194.75 |
| Vacation | 0.00 | 0.00 | | 8.00 | 269.23 |
| Holiday | 0.00 | 0.00 | | 24.00 | 730.83 |
| FloatingHoliday | 0.00 | 0.00 | | 24.00 | 807.69 |
| **Total:** | | **80.00** | **2,692.30** | **1,530.50** | **50,176.50** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 148.20 | 2,740.36 |
| MED EE | 34.66 | 640.89 |
| FEDERAL WH | 249.40 | 4,556.34 |
| CALIFORNIA WH | 54.55 | 983.00 |
| CALIFORNIA SDI | 21.51 | 397.79 |
| **Total:** | **508.32** | **9,318.38** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 290.77 | 5,487.67 |
| FSA Medical | 0.00 | 275.00 |
| Dental Pre-tax | 9.00 | 171.00 |
| Vision Pre-tax | 2.29 | 43.51 |
| Life Insurance | 4.92 | 93.48 |
| **Total:** | **306.98** | **6,070.66** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 3.0800 | 0.00 | 51.72 |
| Sick | 0.0000 | 0.00 | 16.00 |
| FloatingHoliday | 0.0000 | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####3821 | 1,877.00 |

Relyonus Medical Group LLC
13953 Valley View
La Miranda, CA 90638
562-229-0003

19 100
**Joseph Guerra**
530 1/2 Gulf Avenue
Wilmington, CA 90744

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/15/2017 | V1305240 |

| TOTAL NET PAY |
|---|
| ******$1,877.00 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Joseph Guerra | | | | | | | Relyonus Medical Group LLC |
|---|---|---|---|---|---|---|---|---|
| Employee #: 19 | Department | 100 | Period Begin: | 7/30/2017 | Check Date: | 8/18/2017 | | 13953 Valley View |
| Clock Number: | Pay Type | | Period End: | 8/12/2017 | | | | La Miranda, CA 90638 |
| SSN: XXX-XX-6079 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | | | 562-229-0003 |
| Company Id: SDRELY | State Filing: | Married One I | Exemptions: | 1 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1249616 | $0.00 | $2,692.30 | $1,877.00 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 80.00 | 2,692.30 | 1,080.00 | 36,153.90 | SOC SEC EE | 148.20 | 2,443.97 | Medical Pre-tax | 290.77 | 4,906.13 |
| Hourly Regular | | 0.00 | 0.00 | 230.00 | 6,635.50 | MED EE | 34.66 | 571.57 | FSA Medical | 0.00 | 275.00 |
| Overtime @ Flat | | 0.00 | 0.00 | 4.50 | 194.75 | FEDERAL WH | 249.40 | 4,057.54 | Dental Pre-tax | 9.00 | 153.00 |
| Vacation | | 0.00 | 0.00 | 8.00 | 269.23 | CALIFORNIA WH | 54.55 | 873.90 | Vision Pre-tax | 2.29 | 38.93 |
| Holiday | | 0.00 | 0.00 | 24.00 | 730.83 | CALIFORNIA SDI | 21.51 | 354.77 | Life Insurance | 4.92 | 83.64 |
| FloatingHoliday | | 0.00 | 0.00 | 24.00 | 807.69 | | | | | | |
| Total: | | 80.00 | 2,692.30 | 1,370.50 | 44,791.90 | Total: | 508.32 | 8,301.75 | Total: | 306.98 | 5,456.70 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 3.0800 | Taken: | 0.00 | Balance | 45.56 | Checking | Account: ####3821 | Deposit Amount: 1,877.00 |
| Sick | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 16.00 | | | |
| FloatingHoliday | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 | | | |

Relyonus Medical Group LLC
13953 Valley View
La Miranda, CA 90638
562-229-0003

19 100
**Joseph Guerra**
530 1/2 Gulf Avenue
Wilmington, CA 90744

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/18/2017 | V1249616 |

| TOTAL NET PAY |
|---|
| ******$1,877.00 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Joseph Guerra | | | | | | | Relyonus Medical Group LLC | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: 19 | | Department: 100 | | Period Begin: 7/16/2017 | | Check Date: 8/4/2017 | | 13953 Valley View | | |
| Clock Number: | | Pay Type: | | Period End: 7/29/2017 | | | | La Miranda, CA 90638 | | |
| SSN: XXX-XX-6079 | | Federal Filing: Married | | Exemptions: 1 | | Additional Tax: | | 562-229-0003 | | |
| Company Id: SDRELY | | State Filing: Married One I | | Exemptions: 1 | | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1225823 | $0.00 | $2,692.30 | $1,877.02 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 80.00 | 2,692.30 | 1,000.00 | 33,461.60 | SOC SEC EE | 148.19 | 2,295.77 | Medical Pre-tax | 290.77 | 4,615.36 |
| Hourly Regular | | 0.00 | 0.00 | 230.00 | 6,635.50 | MED EE | 34.65 | 536.91 | FSA Medical | 0.00 | 275.00 |
| Overtime @ Flat | | 0.00 | 0.00 | 4.50 | 194.75 | FEDERAL WH | 249.40 | 3,808.14 | Dental Pre-tax | 9.00 | 144.00 |
| Vacation | | 0.00 | 0.00 | 8.00 | 269.23 | CALIFORNIA WH | 54.55 | 819.35 | Vision Pre-tax | 2.29 | 36.64 |
| Holiday | | 0.00 | 0.00 | 24.00 | 730.83 | CALIFORNIA SDI | 21.51 | 333.26 | Life Insurance | 4.92 | 78.72 |
| FloatingHoliday | | 0.00 | 0.00 | 24.00 | 807.69 | | | | | | |
| Total: | | 80.00 | 2,692.30 | 1,290.50 | 42,099.60 | Total: | 508.30 | 7,793.43 | Total: | 306.98 | 5,149.72 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 3.0800 | Taken: 0.00 | Balance | 42.48 | Checking | Account: ####3821 | Deposit Amount: | 1,877.02 |
| Sick | Accrued: 0.0000 | Taken: 0.00 | Balance | 16.00 | | | | |
| FloatingHoliday | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | | | |

Relyonus Medical Group LLC
13953 Valley View
La Miranda, CA 90638
562-229-0003

19 100
**Joseph Guerra**
530 1/2 Gulf Avenue
Wilmington, CA 90744

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/4/2017 | V1225823 |

| TOTAL NET PAY |
|---|
| ******$1,877.02 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Joseph Guerra | | | | | | Relyonus Medical Group LLC |
|---|---|---|---|---|---|---|---|
| Employee #: | 19 | Department | 100 | Period Begin: | 7/2/2017 | Check Date: 7/21/2017 | 13953 Valley View |
| Clock Number: | | Pay Type | | Period End: | 7/15/2017 | | La Miranda, CA 90638 |
| SSN: | XXX-XX-6079 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | 562-229-0003 |
| Company Id: | SDRELY | State Filing: | Married One I | Exemptions: | 1 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1196316 | $0.00 | $2,692.30 | $1,876.99 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Holiday | 33.6538 | 8.00 | 269.23 | 24.00 | 730.83 |
| Salary | | 72.00 | 2,423.07 | 920.00 | 30,769.30 |
| Hourly Regular | | 0.00 | 0.00 | 230.00 | 6,635.50 |
| Overtime @ Flat | | 0.00 | 0.00 | 4.50 | 194.75 |
| Vacation | | 0.00 | 0.00 | 8.00 | 269.23 |
| FloatingHoliday | | 0.00 | 0.00 | 24.00 | 807.69 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 148.20 | 2,147.58 |
| MED EE | 34.66 | 502.26 |
| FEDERAL WH | 249.40 | 3,558.74 |
| CALIFORNIA WH | 54.55 | 764.80 |
| CALIFORNIA SDI | 21.52 | 311.75 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 290.77 | 4,324.59 |
| FSA Medical | 0.00 | 275.00 |
| Dental Pre-tax | 9.00 | 135.00 |
| Vision Pre-tax | 2.29 | 34.35 |
| Life Insurance | 4.92 | 73.80 |

| Total: | | 80.00 | 2,692.30 | 1,210.50 | 39,407.30 | Total: | 508.33 | 7,285.13 | Total: | 306.98 | 4,842.74 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 3.0800 | 0.00 | 39.40 |
| Sick | 0.0000 | 0.00 | 16.00 |
| FloatingHoliday | 0.0000 | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | ####3821 | 1,876.99 |

---

Relyonus Medical Group LLC
13953 Valley View
La Miranda, CA 90638
562-229-0003

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/21/2017 | V1196316 |

| TOTAL NET PAY |
|---|
| ******$1,876.99 |

19 100
**Joseph Guerra**
530 1/2 Gulf Avenue
Wilmington, CA 90744

NOT NEGOTIABLE

| Statement of Earnings For: | Joseph Guerra | | | | | | | Relyonus Medical Group LLC | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 19 | Department | 100 | Period Begin: | 6/18/2017 | Check Date: | 7/7/2017 | 13953 Valley View | | | |
| Clock Number: | | Pay Type | | Period End: | 7/1/2017 | | | La Miranda, CA 90638 | | | |
| SSN: | XXX-XX-6079 | Federal Filing: | Married | Exemptions: | 1 | Additional Tax: | | 562-229-0003 | | | |
| Company Id: | SDRELY | State Filing: | Married One I | Exemptions: | 1 | Additional Tax: | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1171918 | $0.00 | $2,692.30 | $1,877.01 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 80.00 | 2,692.30 | 848.00 | 28,346.23 | SOC SEC EE | 148.19 | 1,999.38 | Medical Pre-tax | 290.77 | 4,033.82 |
| Hourly Regular | | 0.00 | 0.00 | 230.00 | 6,635.50 | MED EE | 34.66 | 467.60 | FSA Medical | 0.00 | 275.00 |
| Overtime @ Flat | | 0.00 | 0.00 | 4.50 | 194.75 | FEDERAL WH | 249.40 | 3,309.34 | Dental Pre-tax | 9.00 | 126.00 |
| Vacation | | 0.00 | 0.00 | 8.00 | 269.23 | CALIFORNIA WH | 54.55 | 710.25 | Vision Pre-tax | 2.29 | 32.06 |
| Holiday | | 0.00 | 0.00 | 16.00 | 461.60 | CALIFORNIA SDI | 21.51 | 290.23 | Life Insurance | 4.92 | 68.88 |
| FloatingHoliday | | 0.00 | 0.00 | 24.00 | 807.69 | | | | | | |
| Total: | | 80.00 | 2,692.30 | 1,130.50 | 36,715.00 | Total: | 508.31 | 6,776.80 | Total: | 306.98 | 4,535.76 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 3.0800 | Taken: | 0.00 | Balance | 36.32 | Checking | Account: ####3821 | Deposit Amount: 1,877.01 |
| Sick | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 16.00 | | | |
| FloatingHoliday | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 | | | |

Relyonus Medical Group LLC
13953 Valley View
La Miranda, CA 90638
562-229-0003

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/7/2017 | V1171918 |

| TOTAL NET PAY |
|---|
| ******$1,877.01 |

19 100
**Joseph Guerra**
530 1/2 Gulf Avenue
Wilmington, CA 90744

**NOT NEGOTIABLE**